432 A.2d 256

Sarachman v. Meehan.

Appeal of Joyce Sarachman, Formerly Joyce Meehan.

Argued January 14, 1981. Shelley W. Elovitz, for appellant; Michael A. Donadee, for appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The above matter is remanded to the lower court for a full evidentiary hearing pursuant to Allegheny County Common Pleas Court Rule 1139.5 of the Civil and Family Division to determine the present best interest of Amber Meehan, the three year old daughter of the parties, and to make a proper award of her custody in accordance with such findings.